IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Juan

Printed: 9/30/08

Case Number: 08 B 03580
Judge: Wedoff, Eugene R
Filed: 2/15/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: June 5, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 300.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 280.50 |
| Trustee Fee: |  | 19.50 |
| Other Funds: |  | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,784.00 | 280.50 |
| 2. | Asset Acceptance | Unsecured | 123.73 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 18.24 | 0.00 |
| 4. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 5. | Capital One | Unsecured | | No Claim Filed |
| 6. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | Collection Company Of America | Unsecured | | No Claim Filed |
| 9. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 13. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 14. | Walter Kimmiss | Unsecured | | No Claim Filed |
| 15. | Union Auto Sales | Unsecured | | No Claim Filed |
| 16. | Professional Account Management | Unsecured | | No Claim Filed |
| 17. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 18. | Walter A Smith | Unsecured | | No Claim Filed |
| 19. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| | | | $ 3,925.97 | $ 280.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 19.50 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore, Juan | Case Number:  08 B 03580 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/30/08 | Filed:  2/15/08 |

_____
$ 19.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

